PEOPLE v. ALVARADO.

Appeal from Recorder's Court of Detroit, Parker (Donn D.), J., presiding. Submitted Division 1 October 10, 1968, at Detroit. (Docket No. 5,296.) Decided October 21, 1968.

Frederico Alvarado was convicted on his plea of guilty of manslaughter. Defendant appeals. Affirmed.

*Frank J. Kelley*, Attorney General, *Robert A. Derengoski*, Solicitor General, *William L. Cahalan*, Prosecuting Attorney, *Samuel J. Torina*, Chief Appellate Lawyer, and *Stephen H. Boak*, Assistant Prosecuting Attorney, for the people.

*Harold M. Ryan*, for defendant.

Per Curiam. During trial on a charge of second-degree murder, defendant offered and the recorder's court accepted a plea of guilty to the crime of manslaughter, CL 1948, § 750.321 (Stat Ann 1954 Rev § 28.553). On September 22, 1964, the recorder's court sentenced defendant to 6 to 15 years in prison. Following the filing of defendant's brief in this Court, the prosecuting attorney filed a motion to affirm the conviction. GCR 1963, 817.5(3).

The five questions raised in defendant's brief are so unsubstantial as to need no argument or formal

submission. We find no error in defendant's conviction. Accordingly, the motion to affirm is granted. Defendant's conviction is affirmed.

LESINSKI, C. J., and J. H. GILLIS and QUINN, JJ., concurred.